UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | : | CASE NO. 3:02-CR-00306-SRU-ALL |
| v. | : | |
| ALFRED YAZAK     ,<br>    Defendant. | : | February 28, 2006 |

## MOTION ON BEHALF OF DEFENDANT ALFRED YAZBAK FOR ADMISSION OF ATTORNEYS DAVID RICHMAN, ESQ. PRO HAC VICE

The undersigned attorney for defendant Alfred Yazbak (the "Defendant") respectfully moves this Court, pursuant to Local Rule 1(c) of the Local Criminal Rules and Local Rule 83.1(d) of the Local Civil Rules of the United States District Court for the District of Connecticut, for the admission of Attorney David Richman as a visiting lawyer to represent the Defendant in the above-captioned action, and in support of this motion states:

1. David Richman Esq.'s office addresses, telephone numbers, fax numbers and e-mail addresses are as follows:

> David Richman, Esq.
> Law Offices of David Richman
> 360 Lexington Avenue
> New York, NY 10017
> Phone: (212) 687-1425
> Fax: (212) 682-6425

**ORAL ARGUMENT IS NOT REQUESTED**

2. David Richman, Esq. is a member in good standing of the following courts:

> State of New York (1965);
> Southern District of New York (1970);
> Eastern District of New York (1970); and
> Second Circuit Court of Appeals (1990).

3. Based on the Declaration of David Richman, Esq., submitted herewith and attached hereto as **Exhibit A**, David Richman, Esq. has not been denied admission to the bar of this Court, or any other court, or been disciplined by this Court or any other court. He has reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

4. The purpose of this motion is to make it possible for David Richman, Esq. to represent the Defendant with respect to the subject matter of the above-captioned litigation. The granting of this motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b) or any deadlines in this case established by the standing order on scheduling of civil cases.

5. The undersigned counsel, Richard L. Albrecht, Esq., of Cohen and Wolf, P.C., 1115 Broad Street, Bridgeport, Connecticut 06604, and/or other attorneys of Cohen and Wolf, P.C. who have appeared or who may appear herein, shall serve as local counsel for the Defendant upon whom service of all papers may be made in accordance with Local Rule 83.1(c).

6. No previous motions have been filed with respect to the admission of David Richman, Esq. pro hac vice in this action.

7. The payment of the prescribed fee of fifty dollars ($25.00) to the Clerk of this Court accompanies this motion.

WHEREFORE, the above-named Defendant respectfully requests that David Richman be admitted as a visiting lawyer and be granted permission to represent the above-named Defendant in this action as counsel pro hac vice.

THE DEFENDANT,

By /s/ Richard L. Albrecht
Richard L. Albrecht, Esq. (ct 05751)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Tele: (203) 368-0211
Fax: (203) 394-9901
E-mail: ralbrecht@cohenandwolf.com

## CERTIFICATION OF SERVICE

I hereby certify that on the date hereof, a copy of the foregoing was served via First Class U.S. Mail, postage prepaid, upon the following:

United States Attorney's Office
915 Lafayette Boulevard
Bridgeport, CT 06604

											_____
											Richard L. Albrecht