UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:02-CR-00306-SRU-ALL |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ALFRED YAZAK , | : | |
| Defendant. | : | February 22, 2006 |

DECLARATION OF DAVID RICHMAN
PURSUANT TO 28 U.S.C. § 1746
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

In support of the motion for my admission pro hac vice in connection with the above-captioned matter, I, David Richman, hereby declare:

1. My office address, telephone number, fax number, and e-mail address are as follows:

    David Richman, Esq.
    Law Offices of David Richman
    360 Lexington Avenue
    New York, NY 10017
    Phone: (212) 687-1425
    Fax: (212) 682-6425

2. I am a member in good standing of the following courts:

    State of New York (1965);
    Southern District of New York (1970);
    Eastern District of New York (1970); and
    Second Circuit Court of Appeals (1990).

3. I have not been denied admission or disciplined by the United States District Court for the District of Connecticut or any other court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

5.    The granting of this motion for my admission pro hac vice will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b) or any deadlines in this case established by the standing order on scheduling of civil cases.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: *February 22, 2006*

_____
David Richman, Esq.

2